# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 21-mc-468
TWO BUCCAL SWABS FOR DNA OF HAROLD )
FOSTER D/O/B DECEMBER 2, 1990, CURRENTLY )
CONFINED AT ST. CHARLES PARISH JAIL )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

located in the    Eastern    District of    Louisiana   , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119(1) | Carjacking |
| 18 U.S.C. § 924(c) | Use of a firearm during a crime of violence. |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Guy Swalm
*Applicant's signature*

Guy Swalm, NOPD Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/5/21

*Judge's signature*

City and state: New Orleans, Louisiana       DANA M. DOUGLAS, U.S. MAGISTRATE JUDGE
*Printed name and title*

## **ATTACHMENT A**

The person to be searched is Harold FOSTER, D/O/B December 2, 1990, using two buccal swabs to collect DNA material. FOSTER is currently housed at the St. Charles Parish Jail in the Eastern District of Louisiana.

## **ATTACHMENT B**

The evidence to be seized is a sample of DNA, to be obtained via buccal swab.

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR A SEARCH WARRANT OF TWO BUCCAL SWABS FOR DNA OF HAROLD FOSTER D/O/B DECEMBER 2, 1990, CURRENTLY CONFINED AT ST. CHARLES PARISH JAIL | Case No. 21-mc-468 |

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A SEARCH WARRANT**

I, Guy Swalm, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search Harold FOSTER's ("FOSTER") oral cavity using two buccal swabs, as described in Attachment A, for seizure of DNA material, as described in Attachment B.

2. I am a Detective with the New Orleans Police Department (NOPD) and have been in that position since 2005. I have been assigned as a Task Force Officer (TFO) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since September 2013, with the New Orleans Field Division, New Orleans Group II. Prior to assignment with ATF, I was a Detective assigned to the NOPD 2nd District for over six years. I currently conduct criminal investigations into cases of illegal possession and transfer of firearms, firearms trafficking, narcotics trafficking, area gangs and gang violence, and violent crimes involving armed robbery. The facts alleged in this affidavit come from my own investigation, my training and experience, and information obtained from other investigators and witnesses. In my

experience, I have been involved in criminal investigations where DNA evidence was used to successfully identify and prosecute those involved.

3.     The following is a partial summary of the information developed as a result of an ongoing investigation by myself and other law enforcement officers.  Since this affidavit is being submitted for the limited purpose of securing a search warrant, this affiant has not included each and every fact known to this affiant concerning this investigation, but merely what establishes probable cause for the proposed search warrant.

4.     On April 10, 2020, at approximately 11:40 p.m., an armed carjacking occurred at 7943 Chef Menteur Highway, New Orleans, Louisiana.  The victim was held at gunpoint for his car keys then forced into the car.  The perpetrators later released the victim away from the scene. The crime was recorded on a convenient store's security camera system and one of the offenders appears to be Harold FOSTER.



(*Left*: Mugshot of Harold Foster. *Right*: Still shot of video surveillance from carjacking)

5.     Several days later, the victim's vehicle was later located abandoned on the interstate. The NOPD Crime Lab processed the vehicle and collected swabs containing possible

2

DNA evidence from the following items/places within the vehicle: two (2) 20oz. drink bottles believed to belong to the suspects, the passenger side front door interior, the driver-side front-door interior, and the vehicle steering wheel.

6. On April 12, 2020, at approximately 4:40 p.m. a second armed carjacking and simple kidnapping occurred in the 3200 Block of St. Peter St., New Orleans, Louisiana. The victims reported being seated inside of the vehicle while parked in front of a friend's residence. They were approached by three unknown men who produced a handgun and demanded the victims into the rear seat of the vehicle. The perpetrators drove away while continuing to hold the victims at gunpoint, before ultimately taking the victims property, including their phones, and forcing the victims out of the vehicle at another location.

7. Uniformed officers located the vehicle and attempted to arrest two males, later identified as FOSTER and Dalton, as they tried to flee in the victim's vehicle. After a brief car chase, FOSTER and Dalton wrecked the vehicle. FOSTER was apprehended as he exited the vehicle window and lay nearby. Dalton exited the victim's vehicle and attempted to flee on foot, but was caught and arrested. One of the victims identified FOSTER and Dalton as the perpetrators of the carjacking.

8. A search of the vehicle revealed property belonging to the victim of the April 10, 2020 incident, as well as a bag containing clothing worn by Dalton during the April 10, 2020 incident, and a bag containing a firearm which matched the description given by the victims of the one used during the April 12, 2020 incident. NOPD Crime lab processed the firearm and collected swabs containing possible DNA from the following paces: the slide of the firearm, the firearm trigger, and the firearm magazine.

9.     A DNA comparison of FOSTER's buccal swab DNA to the swabs taken by the NOPD crime lab while investigating both carjacking incidents would conclusively establish FOSTER's presence at the crime scenes and that the person depicted on video surveillance is, in fact, FOSTER. Your Affiant is seeking the legal authority to obtain a DNA sample, via buccal cheek swab, from FOSTER. The process of obtaining the swab is minimally invasive by merely rubbing a cotton swab on the inside of the cheek. The DNA samples taken from FOSTER will be compared to any and all DNA recovered as evidence in the carjacking incidents referenced above.

## CONCLUSION

10.     Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that the above described individual has committed violations of 18 U.S.C. §§ 2, 922(g)(1), 924(a)(2), 924(c)(1)(a)(ii) and 2119(1). Further, in light of the NOPD crime laboratory recovering potential DNA on certain items from the crime scene, there is probable cause to believe that obtaining samples of FOSTER's saliva is necessary in order to complete the forensic examination of these items and resulting comparison.

11.     Your affiant therefore respectfully requests a search warrant to seize two buccal swabs from Harold FOSTER, black male, having the date of birth of December 2nd 1990, for the purposes of DNA comparison.

Respectfully submitted,

/s/ Guy Swalm
_____
Guy Swalm
Task Force Officer, ATF
New Orleans Police Department
Badge No. 6346

**ELECTRONIC CERTIFIFCATION**

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me
on this __5th__ day of March 2021.

_____
DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

5

## ATTACHMENT A

The person to be searched is Harold FOSTER, D/O/B December 2, 1990, using two buccal swabs to collect DNA material.  FOSTER is currently housed at the St. Charles Parish Jail in the Eastern District of Louisiana.

## **ATTACHMENT B**

The evidence to be seized is a sample of DNA, to be obtained via buccal swab.